RECEIVED
USDC CLERK, CHARLESTON, SC
2017 MAR 20 PM 1:58

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Marcus Deangelo Chalmers, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 9:16-644-RMG |
| ) | |
| vs. ) | |
| ) | |
| Nancy A. Berryhill, Acting Commissioner ) | **ORDER** |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation (R & R) on March 8, 2017, recommending that the decision of the Commissioner be reversed and remanded to the agency because the Administrative Law Judge (1) failed to properly assess the opinions of Plaintiff's treating physician, Dr. Toussaint; (2) failed to properly assess the opinions of a consulting psychologist, Dr. Brabham; and (3) failed to explain the findings regarding Plaintiff's RFC in accord with SSR 96-8p . (Dkt. No. 16). The Commissioner has advised the Court that she does not intend to file objections to the R & R. (Dkt. No. 18).

The Court has reviewed the R & R and the record evidence and finds that the Magistrate Judge has ably addressed the factual and legal issues in this matter. Therefore, the Court

**ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
March 20, 2017